IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EUGENE REAL**                                                                                           **PLAINTIFF**

V.                              **CASE NO. 3:11CV203 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered on this 3rd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE